JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANGIANO; CHARLEY KARPINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH INBEV WORLDWIDE, INC., et al.<br><br>Defendants. | CV 21-01879 PA (PVCx)<br><br>JUDGMENT |

Pursuant to the Court's April 5, 2021 Minute Order granting the Motion to Dismiss filed by defendants Anheuser-Busch InBev Worldwide, Inc. and Anheuser-Busch, LLC ("Defendants"), which dismissed all of the claims asserted by plaintiffs Denise Angiano and Charley Karpinski ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims for intentional misrepresentation, negligent misrepresentation, violation of California's False Advertising Law, violation of California's Consumer Legal Remedies Act, breach of the implied warranty of merchantability, violation of California's Unfair Competition Law, and negligence are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claim for violation of the Magnusson-Moss Warranty Act is dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit pursuant to Federal Rule of Civil Procedure 55.

IT IS SO ORDERED.

DATED: April 5, 2021

                                              Percy Anderson
                                      UNITED STATES DISTRICT JUDGE